John W. Harbin
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCUGIENE, INC., a California corporation,<br><br>                                    Plaintiff(s)<br>v.<br>THERMAMEDX, LLC, a Georgia limited liability company; and DOES 1-10, inclusive,<br><br>                                    Defendant(s). | CASE NUMBER<br><br>2:22-cv-05607-AB-MAA<br><br>**(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Harbin, John W.    of    Meunier Carlin & Curfman LLC
*Applicant's Name (Last Name, First Name & Middle Initial*         999 Peachtree Street, NE, Ste. 1300
404-645-7700         404-645-7707                                    Atlanta, Georgia 30309
*Telephone Number*    *Fax Number*
jharbin@mcciplaw.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

THERMAMEDX, LLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Doroshow, James    of    FOX ROTHSCHILD LLP
*Designee's Name (Last Name, First Name & Middle Initial*         10250 Constellation Blvd., Suite 900
112920         310-598-4150         310-556-9828                    Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED**

☐ **DENIED:**
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: October 18, 2022**

*[signature]*

**U.S. District Judge/U.S. Magistrate Judge**