| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| JOHN HARBIN (admitted pro hac vice) <br> Meunier Carlin & Curfman LLC, 999 Peachtree St. NE, Ste. 1300 <br> Atlanta, GA 30309, Telephone: (404) 645-7700 <br><br> JIM DOROSHOW (SBN 112920) <br> JEFFREY H. GRANT (SBN 218974) <br> Fox Rothchild LLP, 10250 Constellation Blvd., Ste. 900 <br> Los Angeles, CA 90067, Telephone: (310) 598-4150 <br><br> ATTORNEY(S) FOR: Defendant THERMAMEDX, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| OCUGIENE, INC., a California corporation <br><br> Plaintiff(s), <br> v. <br> THERMAMEDX, LLC, a Georgia limited liability company; and DOES 1-10, inclusive <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:22-cv-05607-AB-MAA <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____THERMAMEDX, LLC_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| OCUGIENE, INC. | Plaintiff |
| THERMAMEDX, LLC | Defendant |

| 11/10/2022 | /s/ Jim Doroshow |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

THERMAMEDX, LLC

CV-30 (05/13)            NOTICE OF INTERESTED PARTIES