IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OCUGIENE, INC.,

      Plaintiff,                    Civil Action No. 1:22-cv-04846-SCJ

v.

THERMAMEDX, LLC, et al.,

      Defendants.

## DEFENDANT THERMAMEDX, LLC'S CERTIFICATE OF CONSENT TO WITHDRAWAL OF JAMES E. DOROSHOW AS COUNSEL

Pursuant to LR 83.1(E)(3), NDGa, the undersigned counsel hereby certifies that Defendant ThermaMEDx, LLC ("Defendant") consents to the withdrawal of James E. Doroshow as counsel in this action. Mr. Doroshow was retained as local counsel for this case when it was filed in the Central District of California. After that court transferred the action to the Northern District of Georgia, Mr. Doroshow's local counsel services are no longer needed. Defendant continues to be represented by John W. Harbin and Warren J. Thomas and of Meunier Carlin & Curfman LLC.

Defendant's consent is acknowledged by its signature below. Further, Defendant has been advised, and by its signature below, acknowledges the following:

1. Upon James E. Doroshow's withdrawal, the Court will retain jurisdiction over the Action and over Defendant.

2. Upon James E. Doroshow's withdrawal, it will be Defendant's obligation to keep the Court informed of a location where notices, pleadings, or other papers may be served. That location will continue to be Defendant's remaining counsel of record.

3. That a trial date has not yet been set for this Action.

4. Failure to satisfy court-related obligations could result in adverse consequences, including the entry of a default judgment against Defendant.

5. That the current deadlines in place will not be affected by the withdrawal of James E. Doroshow as counsel.

6. Notices will continue to be served on Defendant's remaining counsel of record.

7. Because Defendant is an organization, it may only be represented by an attorney, who must sign all pleadings and papers submitted to the Court; a corporate officer may not represent Defendant unless that officer is admitted to the bar of the Court as a regular member or has been admitted pro hac vice in the Action; and failure to comply with this rule could result in a default judgment against Defendant.

Acknowledged and consented to by Defendant:

*Carl Sweat*
_____
Name:    Carl Sweat

Title: __Co-CEO__
On behalf of ThermaMEDx, LLC

Respectfully submitted this 11th day of January 2023.

                               */s/ Warren J. Thomas*
                               Warren J. Thomas
                               Georgia State Bar No. 164714
                               wthomas@mcciplaw.com
                               John W. Harbin
                               Georgia State Bar No. 324130
                               jharbin@mcciplaw.com
                               MEUNIER CARLIN & CURFMAN LLC
                               999 Peachtree Street NE, Suite 1300
                               Atlanta, GA 30309
                               Telephone: (404) 645-7700
                               Facsimile: (404) 645-7707

                               *Counsel for Defendant ThermaMEDx, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

OCUGIENE, INC.,

      Plaintiff,                          Civil Action No. 1:22-cv-04846-SCJ

v.

THERMAMEDX, LLC, et al.,

      Defendants.

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 11th day of January 2023.

                                            */s/ Warren J. Thomas*
                                            Warren J. Thomas
                                            Georgia State Bar No. 164714
                                            John W. Harbin
                                            Georgia State Bar No. 324130
                                            MEUNIER CARLIN & CURFMAN LLC

                                            *Counsel for Defendant ThermaMEDx, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

OCUGIENE, INC.,

      Plaintiff,

v.

THERMAMEDX, LLC, et al.,

      Defendants.

Civil Action No. 1:22-cv-04846-SCJ

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing DEFENDANT THERMAMEDX, LLC'S CERTIFICATE OF CONSENT TO WITHDRAWAL OF JAMES E. DOROSHOW AS COUNSEL with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 11th day of January 2023.

                                        */s/ Warren J. Thomas*
                                        Warren J. Thomas
                                        Georgia State Bar No. 164714
                                        John W. Harbin
                                        Georgia State Bar No. 324130
                                        MEUNIER CARLIN & CURFMAN LLC

                                        *Counsel for Defendant ThermaMEDx, LLC*