IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OCUGIENE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 1:22-cv-04846-SCJ |
| | ) |
| THERMAMEDX, LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**JOINT MOTION TO EXTEND TIME FOR FILING OF INITIAL DISCLOSURES AND JOINT PLANNING REPORT AND DISCOVERY PLAN**

COMES NOW Plaintiff Ocugiene, Inc. ("Plaintiff") and Defendant ThermaMEDx, LLC ("Defendant" and together with Plaintiff, the "Parties") and, pursuant to Local Rule 26.2(B), hereby move the Court for an Order extending the Parties' deadline to submit Initial Disclosures and the Joint Planning Report and Discovery Plan by one (1) month, showing the Court as follows:

1. Plaintiff initiated this civil action on August 9, 2022, in the Central District of California, asserting claims against Defendant for patent infringement under 35 U.S.C. § 271.

2. The Parties engaged in motion practice, and on December 8, 2022, this civil action was transferred to this Court on Defendant's Motion to

      Transfer for Improper Venue.

3. Plaintiff has since retained its undersigned counsel, who are actively working to familiarize themselves with the facts of the case.

4. Counsel for the Parties have conferred and believe that it is worthwhile for the Parties to discuss the possibility of resolving the case in order to avoid additional costs and expenses of litigation.

5. The Parties' deadline to file their Initial Disclosures and the Joint Planning Report and Discovery Plan pursuant to Fed. R. Civ. P. 26(f) and LR 16.2, is January 23, 2023. To allow the parties time to engage in settlement discussions without incurring additional expenses, the Parties respectfully request that the Court extend the deadline for the Initial Disclosures and the Joint Planning Report and Discovery Plan, through and including February 23, 2023. All other deadlines in the case will be presented to the Court in the Joint Planning Report and Discovery Plan.

6. A proposed Order is attached for the convenience of the Court.

WHEREFORE, the Parties respectfully request that this motion be granted and that the Court enter an Order extending the Parties' deadline for the Initial Disclosures and the Joint Planning Report and Discovery Plan to and through February 23, 2023.

Respectfully submitted, this the 20th day of January, 2023.

| | |
|---|---|
| Arnall Golden Gregory LLP | Meunier Carlin & Curfman LLC |
| /s/ *Scott E. Taylor* | */s/ Warren J. Thomas* |
| Scott E. Taylor | Warren J. Thomas |
| Georgia Bar No. 785596 | Georgia Bar No. 164714 |
| Matthew D. Zapadka | John W. Harbin |
| Virginia Bar No. 88140 | Georgia Bar No. 324130 |
| *Admission pro hac vice to be applied for* | |
| | Meunier Carlin & Curfman LLC |
| | 999 Peachtree Street N.E., Suite 1300 |
| Arnall Golden Gregory LLP | Atlanta, Georgia 30309 |
| 171 17th Street, NW, Suite 2100 | Telephone: (404) 645-7700 |
| Atlanta, GA 30363 | Facsimile: (404) 645-7707 |
| Telephone: (404) 873-8728 | wthomas@mcciplaw.com |
| Facsimile: (404) 873-8729 | jharbin@mcciplaw.com |
| scott.taylor@agg.com | |
| matthew.zapadka@agg.com | *Counsel for Defendant ThermaMEDx, LLC* |
| *Counsel for Plaintiff Ocugiene, Inc.* | |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)**

Pursuant to LR 7.1D, the undersigned counsel certifies that the foregoing has been prepared in Times New Roman 14 point, one of the four fonts and points approved by the Court in LR 5.1B.

Respectfully submitted this the 20th day of January, 2023.

/s/Warren J. Thomas
Warren J. Thomas
Georgia Bar No. 164714
Meunier Carlin & Curfman LLC

*Counsel for Defendant ThermaMEDx, LLC*

/s/Scott E. Taylor
Scott E. Taylor
Georgia Bar No. 785596
Arnall Golden Gregory LLP

*Counsel for Plaintiff Ocugiene, LLC*