IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OCUGIENE, INC.,                           )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )   Civil Action No:  1:22-cv-04846-
                                          )   SCJ
THERMAMEDX, LLC, et al.                   )
                                          )
        Defendant.                        )
_____         )

## **ORDER**

This matter having come before the Court on the parties' Joint Motion to Extend Time to File Initial Disclosures and Joint Planning Report and Discovery Plan, and for good cause having been shown, the Court hereby GRANTS said Motion and orders as follows:

The Parties' deadline for filing their Initial Disclosures and the Joint Planning Report and Discovery Plan is extended through and including February 23, 2023.

SO ORDERED, this the _20th_ day of January, 2023.


                              s/Steve C. Jones
                              _____
                              Steve C. Jones
                              United State District Judge
                              Northern District of Georgia - Atlanta

Order Prepared By:

Arnall Golden Gregory LLP

Meunier Carlin & Curfman LLC


/s/ Scott E. Taylor
Scott E. Taylor
Georgia Bar No. 785596
Matthew D. Zapadka
Virginia Bar No. 88140
*Admission pro hac vice to be applied for*

Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8728
Facsimile: (404) 873-8729
scott.taylor@agg.com
matthew.zapadka@agg.com

*Counsel for Plaintiff Ocugiene, Inc.*

/s/ Warren J. Thomas
Warren J. Thomas
Georgia Bar No. 164714
John W. Harbin
Georgia Bar No. 324130

Meunier Carlin & Curfman LLC
999 Peachtree Street N.E., Suite 1300
Atlanta, Georgia 30309
Telephone: (404) 645-7700
Facsimile: (404) 645-7707
wthomas@mcciplaw.com
jharbin@mcciplaw.com

*Counsel for Defendant ThermaMEDx, LLC*