UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OCUGIENE, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> THERMAMEDX, LLC, a Georgia Limited Liability Company; and DOES 1-10, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:22-CV-4846-SCJ |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan ("Report")[Doc. 44], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the attached form, except as herein modified:

<u>The Court grants the parties' request for an eight month discovery period. As this is twice the time anticipated by the Local Rules for discovery in litigation of this nature, **no further extension of discovery will be permitted under any circumstances**. The Court further approves the proposed deadlines as set forth in the Report, as follows:</u>

| Event | Date |
|---|---|
| Exchange of Initial Disclosures | February 23, 2023 |
| Discovery begins | February 23, 2023 |

| | |
|---|---|
| Infringement Contentions due pursuant to LPR 4.1 | March 27, 2023 |
| Invalidity Contentions and Response to Infringement Contentions due pursuant to LPR 4.2 and 4.3 | April 26, 2023 |
| Exchange of Proposed Terms for Claim Construction pursuant to LPR 6.1 | May 24, 2023 |
| Exchange of Preliminary Constructions and Preliminary Identification of Extrinsic Evidence pursuant to LPR 6.2 | June 13, 2023 |
| Joint Claim Construction Statement Due pursuant to LPR 6.3 | July 3, 2023 |
| Claim Construction Discovery Deadline pursuant to LPR 6.4 | July 18, 2023 |
| Opening Claim Construction Brief due pursuant to LPR 6.5(a) | August 2, 2023 |
| **Event** | **Date** |
| Responsive Claim Construction Brief due pursuant to LPR 6.5(b) | August 22, 2023 |
| *Markman* Hearing | TBD |
| Close of Fact Discovery pursuant to LPR 6.7 | Claim construction ruling + 60 days |
| Conference after Discovery pursuant to LR 16.3 | Close of fact discovery + 14 days |
| Motions to Compel Deadline pursuant to LR 37.1 | Within the time remaining prior to the close of discovery or, if longer, within 14 days after the service of the disclosure |

| Event | Date |
|---|---|
| Initial Expert Witness Disclosures pursuant to LPR 7.1(b) | Close of fact discovery + 35 days |
| Opposing Expert Witness Disclosures pursuant to LPR 7.1(c) | Initial expert witness disclosure + 30 days |
| Rebuttal Expert Witness Disclosures pursuant to LPR 7.1(d) | Opposing expert witness disclosures + 14 days |
| Depositions of Experts Commence pursuant to LPR 7.2 | Deadline for rebuttal expert witness disclosures + 7 days |
| Depositions of Experts End pursuant to LPR 7.2 | Deadline for depositions of experts commence + 35 days |
| Motions for Summary Judgment pursuant to LR 56.1 | Not later than 30 days after close of expert discovery |
| Oppositions to Motions for Summary Judgment Motions pursuant to LR 7.1B | Not later than 21 days after a motion for summary judgment |
| **Event** | **Date** |
| Replies to Summary Judgment Motions pursuant to LR 7.1C | Not later than 14 days after the response to a motion for summary judgment |
| *Daubert* Motions pursuant to LR 26.2 | TBD |
| Trial | TBD |

**IT IS SO ORDERED**, this 24th day of February, 2023.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE
